IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| RHONDA ANN BARNUM | CASE NO. 05-10788 NLJ |
| Debtor(s). | |

COMPLETED
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 09/01/2009 | 910092 | HIGH PLAINS RADIOL | 4000 S GEORGIA  B-1 AMARILLO, TX 79109 | $    5.89 |

DATED: 12/16/2009

/s/ John Hardeman
_____

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#334/LB